UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT WAYNE SCROGGINS | CIVIL ACTION NO. 11-cv-1563 |
| VERSUS | JUDGE FOOTE |
| U.S. ATTORNEY GENERAL, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed with prejudice** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 6th day of June, 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE